# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON K. HARRELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-00025-JPG-CJP |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff, Sharon K. Harrell.

DATED: December 27, 2017

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY:  s/Tina Gray**
       **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**